**In re RESONANCE TECHNOLOGY, INC.**

No. 03–1186.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 14, 2003.

Before LOURIE GAJARSA, and DYK, Circuit Judges.

***JUDGMENT***

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.